Edward Leone, as Administrator of the Estate of Carol Leone, Deceased, Appellant, v. State of New York, Respondent. (Claim No. 30042.)

Argued January 13, 1953; decided March 6, 1953.

*Bernard Meyerson* and *Joseph Pulvers* for appellant.

*Nathaniel L. Goldstein, Attorney-General (William L. Shumate* and *Frederick M. Garfield* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, DYE, FULD and FROESSEL, JJ. LEWIS and CONWAY, JJ., dissent and vote for reversal and a new trial upon the ground that the claimant's evidence amounted to prima facie proof of the State's negligence.